No. 01–7144. CRAWFORD v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 01–7146. KEMP v. TYSKIEWIC. C. A. 6th Cir. Certiorari denied.

No. 01–7147. MARANIAN v. JACKSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–7153. LEDFORD v. TURPIN, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 01–7156. DRAHEIM v. ABRAMAJTYS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–7160. DORENBOS v. MILLER-STOUT, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 01–7167. WILLIAMS v. NEWLAND, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–7168. BENNETT v. STEWART. C. A. 9th Cir. Certiorari denied.

No. 01–7169. COBIO CERVANTES v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–7170. HILLHOUSE v. WACKENHUT CORRECTIONS CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–7171. HUDSON v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–7176. SIERS v. WEBER, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–7177. ROBINSON v. CAMBRA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–7181. CLAY v. WILKINSON COUNTY BOARD OF SUPERVISORS ET AL. C. A. 5th Cir. Certiorari denied.